UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLOTTE PINE, <br> individually and as parent and natural <br> guardian of J.G., a minor, <br><br> Plaintiff, <br><br> v. <br><br> GLAXOSMITHKLINE LLC, <br><br> Defendant. | Civil Action No. <br> 16-11456-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On November 14, 2016, this Court ordered plaintiff to show cause in writing on or before December 5, 2016, why this case should not be dismissed for failure to prosecute and/or to comply with discovery orders. Because plaintiff failed to show cause within that deadline, this action is hereby DISMISSED without prejudice pursuant to Rule 37(b)(2)(A)(v).

**So Ordered.**

Dated: January 27, 2017

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge